"Exhibit 1"

# THE UNITED STATES OF AMERICA

| Receipt | | | | NOTICE DATE<br>October 25, 2004 |
|---|---|---|---|---|
| CASE TYPE<br>N400    Application For Naturalization | | | | INS A#<br>A 077 615 433 |
| APPLICATION NUMBER<br>WSC*001222602 | RECEIVED DATE<br>October 18, 2004 | | PRIORITY DATE<br>October 18, 2004 | PAGE<br>1 of 1 |

APPLICANT NAME AND MAILING ADDRESS
ABDINASIR ABUKAR ADAM
1304 S WICHESTER BLVD 31
SAN JOSE CA 95128

PAYMENT INFORMATION:

Single Application Fee:      $390.00
Total Amount Received:    $390.00
Total Balance Due:              $0.00

Ihhhhhhhhhhhh

The above application has been received by our office and is in process. Our records indicate your personal information is as follows:

Date of Birth:              January 01, 1980
Address Where You Live:    1304 S WICHESTER BLVD 31
                           SAN JOSE CA 95128

Please verify your personal information listed above and immediately notify our office at the address or phone number listed below if there are any changes.

You will be notified of the date and place of your interview when you have been scheduled by the local INS office. You should expect to be notified within 365 days of this notice.

If you have any questions or comments regarding this notice or the status of your case, please contact our office at the below address or customer service number. You will be notified separately about any other cases you may have filed.

If you have other questions about possible immigration benefits and services, filing information, or INS forms, please call the INS National Customer Service Center (NCSC) at 1-800-375-5283. If you are hearing impaired, please call the NCSC TDD at 1-800-767-1833.

If you have access to the Internet, you can also visit INS at www.ins.usdoj.gov. Here you can find valuable information about forms and filing instructions, and about general immigration services and benefits. At present, this site does not provide case status information.

INS Office Address:
US IMMIGRATION AND NATURALIZATION SERVICE
CALIFORNIA SERVICE CENTER
P.O BOX 10400
LAGUNA NIGUEL CA 92607-

INS Customer Service Number:
(800) 375-5283

APPLICANT COPY

WSCS001315031



"Exhibit 2"

U.S. Department of Homeland Security
Citizenship and Immigration Services

**N-652, Naturalization Interview Results**

A#: 077615433

On April 26, 2005, you were interviewed by USCIS Officer ZHANG

- [x] You passed the tests of English and U.S. history and government.
- [ ] You passed the test of U.S. history and government and the English language requirement was waived.
- [ ] USCIS has accepted your request for a Disability Exception. You are exempted from the requirement to demonstrate English language ability and/or a knowledge of U.S. history and government.
- [ ] You will be given another opportunity to be tested on your ability to _____ speak / _____ read / _____ write English.
- [ ] You will be given another opportunity to be tested on your knowledge of U.S. history and government.
- [ ] Please follow the instructions on the Form N-14.
- [ ] USCIS will send you a written decision about your application.
- [ ] You did not pass the second and final test of your _____ English ability / _____ knowledge of U.S. history and government. You will not be rescheduled for another interview for this N-400. USCIS will send you a written decision about your application.

A) _____ **Congratulations! Your application has been recommended for approval.** At this time, it appears that you have established your eligibility for naturalization. If final approval is granted, you will be notified when and where to report for the Oath Ceremony.

B) _____ **A decision cannot yet be made about your application.**

It is very important that you:

- [x] Notify USCIS if you change your address.
- [x] Come to any scheduled interview.
- [x] Submit all requested documents.
- [x] Send any questions about this application in writing to the officer named above. Include your full name, Alien Registration Number (A#), and a copy of this paper.
- [x] Go to any Oath Ceremony that you are scheduled to attend.
- [x] Notify USCIS as soon as possible in writing if you cannot come to any scheduled interview or Oath Ceremony. Include a copy of this paper and a copy of the scheduling notice.

NOTE: Please be advised that under section 336 of the Immigration and Nationality Act, you have the right to request a hearing before an immigration officer if your application is denied or before the U.S. district court if USCIS has not made a determination on your application within 120 days of the date of your examination.

Form N-652 (Rev. 01/04/05)N

"Exhibit 3"



U.S. Department of Homeland Security
USCIS
1887 Monterey Road
San Jose, CA 95112

## U.S. Citizenship and Immigration Services

Friday, December 22, 2006

ABDINASIR ADAM
1304 SOUTH WINCHESTER BLVD
APT 31
SAN JOSE CA 95128

Dear Abdinasir Adam:

On 12/21/2006 you, or the designated representative shown below, contacted us about your case. Some of the key information given to us at that time was the following:

| | |
|---|---|
| **Caller indicated they are:** | The applicant |
| **Attorney Name:** | Information not available |
| **Case type:** | N400 |
| **Filing date:** | Information not available |
| **Receipt #:** | wsc*001222602 |
| **Beneficiary (if you filed for someone else):** | Adam, Abdinasir |
| **Your USCIS Account Number (A-number):** | Information not available |
| **Type of service requested:** | Case Status - Outside Processing Time |

The status of this service request is:

The processing of your case has been delayed. A check of our records establishes that your case is not yet ready for decision, as the required investigation into your background remains open.

Until the background investigation is completed, we cannot move forward on your case. These background checks are required to be completed on all applicants who apply for the immigration benefit you are seeking. We will make every effort to make a decision on this case as soon as the background checks are complete. If you do not receive a decision or other notice of action from us within 6 months of this letter, please contact us by calling our customer service number provided below.

If you have any further questions, please call the National Customer Service Center at 1-800-375-5283.

Please remember: By law, every person who is not a U.S. citizen and who is over the age of 14 must also notify the Department of Homeland Security within 10 days from when they move (persons in "A" or "G" nonimmigrant status are exempt from this requirement). If you have moved, please complete a Form AR-11 and mail it to the address shown on that form. If you do not have this form, you can download it from our website or you can call the National Customer Service Center at 1-800-375-5283 and we can order one for you. If you move, please call us with your new address information as soon as your move is complete. If you have already called us and given us this information, you do not need to call again.

U.S. Citizenship and Immigration Services

**"Exhibit 4"**

**U.S. Department of Homeland Security**
USCIS
1887 Monterey Road
San Jose, CA 95112



**U.S. Citizenship
and Immigration
Services**

Tuesday, May 9, 2006

ABDINASIR A ADAM
1304 S WINCHESTER BLVD
APT 31
SAN JOSE CA 95128

Dear ABDINASIR A ADAM:

On 05/04/2006 you, or the designated representative shown below, contacted us about your case. Some of the key information given to us at that time was the following:

| | |
|---|---|
| **Caller indicated they are:** | The applicant |
| **Attorney Name:** | Information not available |
| **Case type:** | N400 |
| **Filing date:** | 10/20/2004 |
| **Receipt #:** | |
| **Beneficiary (if you filed for someone else):** | ADAM, ABDINASIR, A |
| **Your USCIS Account Number (A-number):** | A077615433 |
| **Type of service requested:** | Case Status - Outside Processing Time |

The status of this service request is:

The processing of your case has been delayed. A check of our records establishes that your case is not yet ready for decision, as the required investigation into your name check remains open.

Until the name check investigation is completed, we cannot move forward on your case. These name checks are required to be completed on all applicants who apply for the immigration benefit you are seeking. We will make every effort to make a decision on this case as soon as the name checks are complete. If you do not receive a decision or other notice of action from us within 6 months of this letter, please contact us by calling our customer service number provided below.

If you have any further questions, please call the National Customer Service Center at 1-800-375-5283.

Please remember: By law, every person who is not a U.S. citizen and who is over the age of 14 must also notify the Department of Homeland Security within 10 days from when they move (persons in "A" or "G" nonimmigrant status are exempt from this requirement). If you have moved, please complete a Form AR-11 and mail it to the address shown on that form. If you do not have this form, you can download it from our website or you can call the National Customer Service Center at 1-800-375-5283 and we can order one for you. If you move, please call us with your new address information as soon as your move is complete. If you have already called us and given us this information, you do not need to call again.

U.S. Citizenship and Immigration Services

U.S. CIS - 05-09-2006 11:00 AM EDT

"Exhibit 5"

U.S. Department of Homeland Security
USCIS
1887 Monterey Road
San Jose, CA 95112



**U.S. Citizenship and Immigration Services**

Thursday, February 8, 2007

ABDINASIR ABUKAR ADAM
1765 CLAY ST
SANTA CLARA  CA 95050

Dear ABDINASIR ABUKAR ADAM :

On 02/08/2007 you, or the designated representative shown below, contacted us about your case. Some of the key information given to us at that time was the following:

| | |
|---|---|
| **Caller indicated they are:** | The applicant |
| **Attorney Name:** | Information not available |
| **Case type:** | N400 |
| **Filing date:** | 10/20/2004 |
| **Receipt #:** | WSC*001222602 |
| **Beneficiary (if you filed for someone else):** | ADAM , ABDINASIR , ABUKAR |
| **Your USCIS Account Number (A-number):** | A077615433 |
| **Type of service requested:** | Case Status - Outside Processing Time |

The status of this service request is:

The processing of your case has been delayed. A check of our records establishes that your case is not yet ready for decision, as the required investigation into your FBI name check remains open.

Until the name check investigation is completed, we cannot move forward on your case. These name checks are required to be completed on all applicants who apply for the immigration benefit you are seeking. We will make every effort to make a decision on this case as soon as the name checks are complete. If you do not receive a decision or other notice of action from us within 6 months of this letter, please contact us by calling our customer service number provided below.

If you have any further questions, please call the National Customer Service Center at 1-800-375-5283.

Please remember: By law, every person who is not a U.S. citizen and who is over the age of 14 must also notify the Department of Homeland Security within 10 days from when they move (persons in "A" or "G" nonimmigrant status are exempt from this requirement). If you have moved, please complete a Form AR-11 and mail it to the address shown on that form. If you do not have this form, you can download it from our website or you can call the National Customer Service Center at 1-800-375-5283 and we can order one for you. If you move, please call us with your new address information as soon as your move is complete. If you have already called us and given us this information, you do not need to call again.

U.S. Citizenship and Immigration Services

U.S. CIS - 02-08-2007 01:44 PM EST - WSC*001222602

"Exhibit 6"

InfoPass..                                                                    Page 1 of 1

**INFOPASS**
Your e-Ticket to Immigration Information.

**Name:** Abdinasir Abukar Adam
**Appointment Type:** Speak to immigration officer
**Confirmation No.:** SNJ-07-11087
**Appointment Date:** April 27, 2007
**Location:** 1887 MONTEREY ROAD, San Jose, CA 95112; LOBBY

**Authentication Code:** 17ade
**Appointment Time:** 8:30 AM



*SNJ-07-11087*

**This is your Confirmation Number:** 47565

If you wish to cancel this appointment, you will need the following Personal Identification Number:

Please be on time. Failure to show up on time will result in the cancellation of your appointment. You will then need to reschedule your appointment. You will not be admitted more than 15 minutes before your scheduled appointment time.

- You must appear in person and bring photo identification along with this appointment letter.
- Acceptable forms of identification are any of the following: Government issued identification, passport, valid driver's license, I-94, Work Authorization Card, or Permanent Resident Card. (Green Card)
- In order to serve you more efficiently, we require you to bring all applicable immigration forms, letters, receipts, translations and originals of supporting documents.
- NOTE: Cell phones that have camera features are not permitted in the building. Food and drinks are not permitted in the waiting room. In order to facilitate easy and swift entrance, you are advised to keep handbags and metal objects to a minimum by leaving such items at home or with a person who will remain outside the building.

https://infopass.uscis.gov/infopass.php                                    4/26/2007

**"Exhibit 7"**



